GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PAUL TAYLOR, an individual, in his individual and representative capacity,<br><br>          Plaintiff,<br><br>   v.<br><br>DOORDASH, INC., and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 4:18-cv-03723-PJH<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: May 22, 2018<br><br>Action Removed: June 22, 2018 |

Defendant DoorDash, Inc. hereby provides the Court with notice that the parties have reached an agreement, the material terms of which are contained in a signed writing. The parties are currently preparing the necessary dismissal, which will be forthcoming.

Dated: December 27, 2018         GIBSON, DUNN & CRUTCHER LLP


                                 By:  _____*/s/ Joshua Lipshutz*_____
                                             Joshua Lipshutz


                                 Attorneys for Defendant DOORDASH, INC.

NOTICE OF SETTLEMENT
4:18-CV-03723-PJH

# PROOF OF SERVICE

I, Stephanie Balitzer, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State. On December 27, 2018, I served the following document(s):

**NOTICE OF SETTLEMENT**

On the parties stated below, by the following means of service:

> THE GRAVES FIRM
> Allen Graves
> Jacqueline Treu
> 122 N. Baldwin Ave., Main Floor
> Sierra Madre, CA 91024
> Tel: 626-240-0575
> Fax: 626-737-7013
> allen@gravesfirm.com
> jacqueline@gravesfirm.com

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2018

           */s/ Stephanie Balitzer*
             Stephanie Balitzer

Gibson, Dunn & Crutcher LLP

2
NOTICE OF SETTLEMENT
4:18-CV-03723-PJH